Kurt Rowland
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Attorneys for Defendant
JUAN MANUEL MAGANA-ALVAREZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-06-2080-LRS |
| vs. | ) ORDER GRANTING MOTION TO |
| JUAN MANUEL MAGANA-ALVAREZ, | ) DISMISS |
| Defendant. | ) |

Before the Court is the Defendant's Motion to Dismiss(Ct. Rec. 28). As set forth in his motion, the removal listed in the indictment cannot be used as a basis for an 8 U.S.C. § 1326 prosecution because the reinstatement procedure employed for this removal was <u>ultra vires</u>; the removal was issued by an immigration officer who lacked power to do so.

Additionally, the removal listed in the indictment cannot be used as a basis for an 8 U.S.C. § 1326 prosecution because the December 10, 1997, order of removal, which the August 22, 2001, order of removal sought to reinstate, did not comport with due process. Given these flaws, the present indictment must be dismissed.

Based upon the foregoing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Ct. Rec. 28) is **GRANTED**. The indictment in this case is dismissed with prejudice.

ORDER

1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshals Office.

**DATED** this  3rd  day of  August , 2006.

　　　　　　　　　　　　　　　　　s/Lonny R. Suko
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER